# United States District Court
## Southern District of Georgia

IRVIN FRAZIER

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV204-47

JO ANNE B. BARNHART,
Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered affirming the decision of the Commissioner and this case stands dismissed.

EOD: 9/28/05

*Deputy Clerk*

September 28, 2005
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*